UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-23893-PAS

Kellstrom Repair Services, Inc.,
a Florida corporation d/b/a
HIGH TECH AVIONICS & ACCESSORIES,

    Plaintiff,

vs.

HIGH TECH AEROSPACE & ACCESSORIES, LLC
a Florida limited liability company, and
Maynier Garcia, an individual,

    Defendants.
_____/

**JOINT NOTICE OF SETTLEMENT AND STIPULATION
FOR DISMISSAL OF THE CASE WITH PREJUDICE**

High Tech Avionics & Accessories ("High Tech Avionics" or "Plaintiff"), and High Tech Aerospace & Accessories, LLC ("High Tech Aerospace") and Maynier Garcia individually, ("Garcia") (collectively, "Defendants"), by and through their respective undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice to the Court that the parties have reached a settlement, and based upon the terms of the settlement agreement reached by the parties, request that all claims be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.  As part of this stipulation, the parties request that the Court retain jurisdiction to enforce the terms of the settlement agreement.

Dated: February 15, 2013        Respectfully submitted,

| | |
|---|---|
| By: _s/William R. Trueba, Jr._____<br>    William R. Trueba, Jr.<br>    Florida Bar No. 117544<br>    wtrueba@etlaw.com<br>    ESPINOSA | TRUEBA PL<br>    1428 Brickell Ave., Suite 100<br>    Miami, FL 33131<br>    Tel: (305) 854-0900<br>    Fax: (855) 854-0900<br>    *Attorneys for Plaintiff* | By: __s/Ernesto M. Rubi_____<br>    John C. Carey, Esq.<br>    Florida Bar No. 78379<br>    jcarey@careyrodriguez.com<br>    Ernesto M. Rubi, Esq.<br>    Florida Bar No. 92014<br>    erubi@careyrodriguez.com<br>    CAREY RODRIGUEZ<br>    GREENBERG O'KEEFE, LLP<br>    1395 Brickell Avenue, Suite 700<br>    Miami, FL 33131<br>    Tel: 305-372-7474<br>    Fax: 305-372-7475<br>    *Attorneys for Defendants* |