UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-23893-CIV-HUCK/O'SULLIVAN

Kellstrom Repair Services, Inc., a
Florida corporation d/b/a
HIGH TECH AVIONICS AND
ACCESSORIES,

    Plaintiff,

v.

HIGH TECH AEROSPACE AND
ACCESSORIES, LLC, and
MAYNIER GARCIA,

    Defendants.





## ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Notice of Settlement and Stipulation for Dismissal of the Case with Prejudice (D.E. No. 8), filed February 15, 2013. It is hereby

ORDERED that this action is dismissed with prejudice, and all pending motions are denied as moot. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement through the date on which the settlement is consummated or finalized. The case is CLOSED and all pending motions are DENIED AS MOOT.

DONE and ORDERED in Chambers, Miami, Florida, February 21, 2013.

_____
Paul C. Huck
United States District Judge

Copies furnished to:
All Counsel of Record